■ In the Matter of TYRONE DAVIS, Appellant, v STATE OF NEW YORK et al., Respondents. (Appeal No. 2.) [964 NYS2d 441]— Appeal from an order of the Supreme Court, Oneida County (William D. Walsh, A.J.), entered September 13, 2011 in a proceeding pursuant to Mental Hygiene Law article 10. The order denied the motion of petitioner for a change of venue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Aho*, 39 NY2d 241, 248 [1976]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

■ In the Matter of TYRONE DAVIS, Appellant, v STATE OF NEW YORK et al., Respondents. (Appeal No. 3.) [968 NYS2d 920]— Appeal from an amended order of the Supreme Court, Oneida County (William D. Walsh, A.J.), entered October 13, 2011 in a proceeding pursuant to Mental Hygiene Law article 10. The amended order corrected the CYNPC consecutive number contained in the order entered August 12, 2011.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.